UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHERYL T. JOACHIM,**

    **Plaintiff,**

v.                                                   Case No.  8:05-cv-317-T-30TBM

**HOFFMAN-LA ROCHE, INC., et all,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #20).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed .

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 5, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-317.dismissal 20.wpd